

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Juan Flores-Alonzo, Appellant

No. 06-14-00055-CR        v.

The State of Texas, Appellee

Appeal from the Criminal District Court No. 2 of Dallas County of Dallas County, Texas (Tr. Ct. No. F-1260857-I).  Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below.  Therefore, we modify the trial court's judgment to reflect the appellant's plea of no contest to the offense of aggravated sexual assault of a child.  As modified, the judgment of the trial court is affirmed.

We note that the appellant, Juan Flores-Alonzo, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED MARCH 13, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk